**JacksonLewis**

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4675
MY EMAIL ADDRESS IS: ADAM.GUTTELL@JACKSONLEWIS.COM

October 11, 2021

**VIA ECF**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Winegard v. Theskimm, Inc.
                  Case No.: 1:21-cv-04073-LDH-CLP

Dear Magistrate Judge Pollak:

        We represent Theskimm in the above-referenced matter. We write to respectfully request the Court adjourn all deadlines and conferences *sine die*, as a settlement in principle has been reached between Plaintiff and Defendant. The parties are in the process of preparing the settlement documents and expect to be able to finalize this process in the next forty-five (45) days.

        Thank you for your consideration of this matter.

                            Respectfully submitted,

                            JACKSON LEWIS P.C.

                                s/

                            Adam G. Guttell

cc:    All counsel of record (via ECF)

4830-1465-4462, v. 1